IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD YEKEL,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Civil Action No. 11-01578-GLL<br>) |
| FAYETTE RESOURCES, INC.,<br>    Defendant | )   The Honorable Gary L. Lancaster<br>) |

## NOTICE OF DISMISSAL

AND NOW comes the Plaintiff, Howard Yekel, by his attorney, Lawrence R. Chaban, Esquire, and pursuant to F.R.Civ.P. 41 voluntarily dismisses his civil action against the Defendant, Fayette Resources, Inc., with prejudice, all matters having been settled and released.

Respectfully submitted,

/s/ Lawrence R. Chaban
**LAWRENCE R. CHABAN, ESQUIRE**
Attorney for Plaintiff
PA I.D. No. 32506
330 Grant Street
2727 Grant Bldg.
Pittsburgh, PA 15219

SO ORDERED, this 4 day of Sept, 2012.

_____, C.J.